CASWELL COUNTY v. THOMAS ABRAM SCOTT, CHARLIE MOSES SCOTT, W. C. TAYLOR, GENERAL GUARDIAN OF THOMAS ABRAM SCOTT AND CHARLIE MOSES SCOTT, R. B. DAWES AND F. O. CARVER, TRUSTEE, MOZETTA SCOTT JEFFRIES, EXECUTRIX OF WILL OF CHARLIE SCOTT, DECEASED, AND MOZETTA SCOTT JEFFRIES, INDIVIDUALLY (AND JASPER JEFFRIES, HUSBAND OF MOZETTA SCOTT JEFFRIES, L. P. HUDSON, MAUDE HUDSON AND A. B. VERNON, ADDITIONAL PARTIES DEFENDANT).

(Filed 1 March, 1939.)

**Judicial Sales § 3: Taxation § 40b—Tax sale not had on a Monday or on one of first three days of term of court held void.**

Motion in the cause to set aside tax foreclosure sale and decree of confirmation *held* erroneously denied under authority of *Bladen County v. Breece,* 214 N. C., 544, when it appears from the record that the sale was not had on a Monday or on one of the first three days of a term of the Superior Court of the county, and that in the order of sale no other day was designated.

APPEAL by defendant Mozetta Scott Jeffries from judgment rendered by *Clement, J.,* at Chambers, 6 December, 1938. From CASWELL. Reversed.

This was a motion in the cause to set aside a tax foreclosure sale and the decree confirming same. From judgment denying the motion, defendant Mozetta Scott Jeffries appealed.

*Glidewell & Glidewell and R. T. Wilson for plaintiff.*
*C. J. Cates and E. R. Avant for defendant.*

PER CURIAM. It appears from the record that the tax foreclosure sale was made under order of court, and that it was had on Saturday, 27 August, 1938, and not on a Monday or during the first three days of a term of the Superior Court of said county, and that in the order of sale no other day was designated. Public Laws 1931, ch. 23.

Under authority of *Bladen County v. Breece,* 214 N. C., 544, the sale must be held void, and the judgment below

Reversed.